| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo (SBN 144074)<br>dalekgalipo@yahoo.com<br>Cooper Alison-Mayne (SBN 343169)<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333 | |
| ATTORNEY(S) FOR: | |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| EVGENIY GUBANOV | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| COUNTY OF PLACER, DEPUTY STANISLAV SEMENUK; DEPUTY DUSTIN KIMBALL; and DOE 1–10 | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Plaintiff___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Evgeniy Gubanov | Plaintiff |
| County of Placer | Defendant |
| Deputy Stanislav Semenuk | Defendant |
| Deputy Dustin Kimball | Defendant |
| Does 1–10 | Defendant |

| 6/2/2025 | /s/ Dale K. Galipo |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff

CV-30 (05/13)                                        **NOTICE OF INTERESTED PARTIES**